**No. 50499.**—Protest 110679–K of Herbert B. Moller (Tampa).

Opinion by KEEFE, J. At the trial the plaintiff failed to establish that the parts valued at $3,970 or at $225 were either previously shipped from the United States or were the product of American manufacture. It was held that the presumption of correctness of the collector's classification had not been overcome and the protest was therefore overruled.